In the Matter of DONALD M. BENNETT, Appellant, v NEW ROCHELLE POLICE DEPARTMENT, Respondent.

Submitted October 6, 2003; decided November 24, 2003

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge READ taking no part.

---

In the Matter of JAMES EDWARDS, Appellant, v JAMES E. PELZER, Respondent.

Submitted September 29, 2003; decided November 24, 2003

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.